IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  O'Connor, Thomas P

Printed: 12/23/08

Case Number: 08 B 15888
Judge: Squires, John H
Filed: 6/20/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Ch 7 Conversion: November 25, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 2,088.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,950.19 |
| Trustee Fee: |  | 137.81 |
| Other Funds: |  | 0.00 |
| Totals: | 2,088.00 | 2,088.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Melvin J Kaplan Esq | Administrative | 3,500.00 | 1,950.19 |
| 2. | Charter One Bank | Secured | 0.00 | 0.00 |
| 3. | CCO Mortgage/RBS Citizens | Secured | 0.00 | 0.00 |
| 4. | Cook County Treasurer | Secured | 4,785.00 | 0.00 |
| 5. | Asset Acceptance | Unsecured | 4,108.23 | 0.00 |
| 6. | Cook County Treasurer | Unsecured | 0.05 | 0.00 |
| 7. | ECast Settlement Corp | Unsecured | 1,372.01 | 0.00 |
| 8. | Sarasota Inc | Unsecured | 2,965.72 | 0.00 |
| 9. | HSBC | Unsecured | 1,139.10 | 0.00 |
| 10. | Capital One | Unsecured |  | No Claim Filed |
| 11. | Direct Merchants | Unsecured |  | No Claim Filed |
| 12. | Bank Of America | Unsecured |  | No Claim Filed |
| 13. | Direct Tv | Unsecured |  | No Claim Filed |
|  |  |  | $ 17,870.11 | $ 1,950.19 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.6% | 137.81 |
|  | $ 137.81 |

Page 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** O'Connor, Thomas P | Case Number: 08 B 15888 |
| | Judge: Squires, John H |
| Printed: 12/23/08 | Filed: 6/20/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                Marilyn O. Marshall, Trustee, by:

